UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TRENTON HARRIS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 3-17cv1067-G |
| | § | |
| CNU OF TEXAS, LLC, | § | |
| | § | |
| Defendant. | § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Trenton Harris and Defendant CNU of Texas, LLC (the "Parties") hereby dismiss the present action with prejudice.  Each party will bear its own costs.

Respectfully Submitted,

By:   /s/ Trenton Harris
Trenton Harris, Pro Se Plaintiff
8516 Westfield Drive
Dallas, Texas 75243
trenttharris@yahoo.com

THOMPSON, COE, COUSINS & IRONS, L.L.P.

/s/ Jason R. Jobe
Jason R. Jobe, Attorney-in-Charge
State Bar No. 24043743
jjobe@thompsoncoe.com
Michael S. Cedillo
State Bar No. 24072029
mcedillo@thompsoncoe.com
700 North Pearl, 25th Floor
Dallas, Texas  75201-2832
Telephone:  (214) 871-8200
Facsimile:  (214) 871-8209
**ATTORNEYS FOR DEFENDANT
CNU OF TEXAS, LLC**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 27, 2017, I electronically filed with the Clerk of the U.S. District Court, Northern District of Texas, the foregoing motion by using the CM/ECF system, which will send notification of such filing(s) to:

    Jason R. Jobe
    Thompson Coe Cousins & Irons, LLP
    700 North Pearl Street, 25th Floor
    Dallas, Texas  75201
    jjobe@thompsoncoe.com

                                        */s/ Trenton Harris*